UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD JERMAINE JACKSON,
No. 22096-041,

          Petitioner,

   v.

T. LILLARD,

          Respondent.

Case No. 25-cv-1534-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ronald Jermaine Jackson's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent T. Lillard and against petitioner Ronald Jermaine Jackson, and that this case is dismissed with prejudice.

**DATED: September 19, 2025**        **MONICA A. STUMP, Clerk of Court**

                                          **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**